OLIVER L. BROWN (State Bar No. 335952)
oliver.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Motion Picture Association, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  DMCA SECTION 512(h)
SUBPOENA TO DISCORD, INC.

Misc. No.:    3:26-mc-80039

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

Case No. 3:26-mc-80039
REQUEST FOR SECTION 512(H) SUBPOENA

Petitioner Motion Picture Association, Inc., through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Discord, Inc. to identify alleged infringers of copyrighted works.

Petitioner has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1)    Petitioner has concurrently filed a proposed DMCA subpoena;

(2)    Petitioner has attached hereto the sworn Declaration of Larissa Knapp confirming that the purpose for which the proposed subpoena is sought is to obtain the identity of the alleged infringer(s), and that such information will only be used for the purpose of protecting the copyright owners' rights under U.S. Code Title 17; and

(3)    Petitioner has attached as Exhibit 1 to the Declaration of Larissa Knapp a copy of the notification required by 17 U.S.C. §512(c)(3)(A).

Having complied with all statutory requirements, Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

DATED:  February 13, 2025                    MUNGER, TOLLES & OLSON LLP


By:            */s/ Oliver L. Brown*
                    OLIVER L. BROWN

Attorney for Motion Picture Association, Inc.

-1-                                      Case No. 3:26-mc-80039
REQUEST FOR SECTION 512(H) SUBPOENA