OLIVER L. BROWN (State Bar No. 335952)
oliver.brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(h) SUBPOENA TO DISCORD, INC. | Case Number: 3:26-80039 |
|---|---|
| | **DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Case No. 3:26-80039
DECLARATION OF LARISSA KNAPP ISO ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Warner Bros. Entertainment, Inc. and Universal City Studios Productions LLLP ("ACE Members"), both of which are members of the Alliance for Creativity and Entertainment ("ACE"). ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works. I am authorized to act on the ACE Members' behalf in this matter. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

2. The ACE Members (via the MPA) are requesting issuance of the attached proposed subpoena that would order Discord, Inc. ("Discord") to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the individuals operating the following Discord accounts and server:

- User ID:  752582256463446147
- User ID:  770625380176101446
- Server ID:  752583833345589308

3. On February 9, 2026, ACE (acting on the ACE Members' behalf) sent a notification to Discord, which identified the infringing material on Discord's systems that was published by the above Discord accounts and server and provided all other information required by 17 U.S.C. § 512(c)(3)(A). A true and correct copy of this notification is attached hereto as **Exhibit 1**.

4. The purpose for which this subpoena is sought is to obtain the identities of the alleged infringer(s) who have exploited the ACE Members' exclusive rights

1  in their copyrighted works without their authorization.  The information obtained
2  through this subpoena will only be used for the purposes of protecting the ACE
3  Members' rights under U.S. Code, Title 17.
4       I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct to the best of my knowledge,
6  information or belief.
7       Executed at Washington D.C., on February 13, 2025.

*Larissa Knapp*
_____
Larissa Knapp