# EXHIBIT 1

| | |
|---|---|
| **From:** | Global Enforcement |
| **Sent:** | Monday, February 9, 2026 3:56 PM |
| **To:** | copyright@discord.com; copyright@discordapp.com |
| **Subject:** | Notice of Copyright Infringement |
| **Attachments:** | Exhibit A - Discord - HDFull Oficial.pdf |

Dear Discord:

I am writing on behalf of the Alliance for Creativity and Entertainment ("ACE").

ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. ACE includes some of the world's largest and most respected motion picture and television rights owners including, among many others, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Universal City Studios LLC, Walt Disney Studios Motion Pictures, Warner Bros. Entertainment Inc., Amazon Studios LLC, and Netflix Studios, LLC (together, the "ACE Members").

ACE is organized for the purpose of preventing and mitigating online theft of copyrighted films and television programs, and undertakes initiatives to identify and take action against piracy threats to create an online environment in which copyrighted film and television content is more secure and online content theft can be addressed more effectively and efficiently.

The ACE Members, whether themselves or through subsidiaries and affiliates, own or are the exclusive licensees of copyrights in a vast library of motion pictures and television programs (the "Copyrighted Works").

We have identified Discord users and a server made available by Discord users that (a) provides instruction on how to disseminate, stream and/or download unlawful copies of television shows and motion pictures, (b) promotes pirate websites and apps that engage in the willful theft of television shows and motion pictures, or (c) otherwise depicts, promotes, facilitates and relates to piracy or the unlawful use of copyright protected television shows and motion pictures (collectively, "Piracy Contents"). Please see the following user names, user IDs, server URL, and server ID, as well as the Channel and Message URLs and IDs.

**Part 1**

- User Name:
  - hdfull

- User ID:
  - 752582256463446147

- Server URL:
  - https://discord.gg/BRKCXEe

- Server ID:
  - 752583833345589308

| No | Channel URL | Channel ID | |
|----|-------------|------------|---|
| 1 | https://discord.com/channels/752583833345589308/824250814741741568 | 824250814741741568 | ht |
| 2 | https://discord.com/channels/752583833345589308/769697284148428800 | 769697284148428800 | ht |

**Part 2**

- User Name:
  - xenus9999

- User ID:
  - 770625380176101446

- Server URL:
  - https://discord.gg/BRKCXEe

- Server ID:
  - 752583833345589308

| No | Channel URL | Channel ID | |
|---|---|---|---|
| 1 | https://discord.com/channels/752583833345589308/769697799171735612 | 769697799171735612 | ht |
| 2 | https://discord.com/channels/752583833345589308/769697284148428800 | 769697284148428800 | ht |

Attached as Exhibit A is a list of some of the motion pictures and television programs that are owned or controlled by the ACE Members and/or their affiliates and that are being infringed by Discord users.  Exhibit A is provided as a representative sample of the infringements being committed and is not intended to suggest that the identified infringements are the only ones occurring. Exhibit A merely provides concrete examples of the blatant infringement of the ACE Members' copyrights.

We request Discord's assistance to (i) remove or otherwise disable access to the channels and servers identified above; and (ii) take steps to address Piracy Contents on the Discord platform.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the ACE Members in the manner occurring via the websites identified below is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the ACE Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the ACE Members, including to recover damages and any other claims for relief, all of which are expressly reserved.

If you have any questions, please contact me at (202) 293-1966, or via email at enforcement@global.motionpictures.org.

Very truly yours,

Larissa L. K

Larissa Knapp

Executive Vice President & Global Chief of Content Protection

Motion Picture Association, Inc.

**Exhibit A – Discord / HDFull Oficial**

**Discord Invite:** https://discord.gg/BRKCXEe
**Server ID:** 752583833345589308
**Invite by User:** hdfull
**User ID:** 752582256463446147







**Discord:** https://discord.com/channels/752583833345589308/
**Announcements Channel:** https://discord.com/channels/752583833345589308/752583836667478160
**Discord Message:**
https://discord.com/channels/752583833345589308/752583836667478160/1400468071692369930
**Message ID:** 1400468071692369930
**Posted by:** hdfull (user ID: 752582256463446147)





**Exhibit A Part 1**

**Moderator 1:** HDFull
**User:** hdfull
**User ID:** 752582256463446147



**Title:** The Batman
**Studio:** Warner Bros. Entertainment Inc.
**Copyright Holder:** Warner Bros. Entertainment Inc.
**Original Work:** https://www.imdb.com/title/tt1877830/
**Discord "errores-operativos-del-sitio" Channel:**
https://discord.com/channels/752583833345589308/824250814741741568/
**Channel ID:** 824250814741741568
**Discord Message:**
https://discord.com/channels/752583833345589308/824250814741741568/1460043137039991028
**Message ID:** 1460043137039991028
**Posted by:** hdfull (user ID: 752582256463446147)
**Infringing Link:** https://hdfull.org/pelicula/the-batman









**Title:** It Chapter Two
**Studio:** Warner Bros. Entertainment Inc.
**Copyright Holder:** Warner Bros. Entertainment Inc.
**Original Work:** https://www.imdb.com/title/tt7349950/
**Discord "pedidos-de-contenido" Channel:**
https://discord.com/channels/752583833345589308/769697284148428800/
**Channel ID:** 769697284148428800
**Discord Message:**
https://discord.com/channels/752583833345589308/769697284148428800/1451917319277252640
**Message ID:** 1451917319277252640
**Posted by:** hdfull (user ID: 752582256463446147)
**Infringing Link:** https://hdfull.org/pelicula/it-chapter-two









**Exhibit A Part 2**

**Moderator 2:** Xenus
**User:** xenus9999
**User ID:** 770625380176101446



**Title:** The Batman
**Studio:** Warner Bros. Entertainment Inc.
**Copyright Holder:** Warner Bros. Entertainment Inc.
**Original Work:** https://www.imdb.com/title/tt1877830/
**Discord "charlas-de-cafe" Channel:**
https://discord.com/channels/752583833345589308/769697799171735612/
**Channel ID:** 769697799171735612
**Discord Message:**
https://discord.com/channels/752583833345589308/769697799171735612/1302072324266393691
**Message ID:** 1302072324266393691
**Posted by:** xenus9999 (user ID: 770625380176101446)
**Infringing Link:** https://hdfull.org/pelicula/the-batman









**Title:** Furious 7
**Studio:** Universal City Studios LLC
**Copyright Holder:** Universal City Studios Productions LLLP
**Original Work:** https://www.imdb.com/title/TT2820852/
**Discord "pedidos-de-contenido" Channel:**
https://discord.com/channels/752583833345589308/769697284148428800
**Channel ID:** 769697284148428800
**Discord Message:**
https://discord.com/channels/752583833345589308/769697284148428800/1238206884012363918
**Message ID:** 1238206884012363918
**Posted by:** xenus9999 (user ID: 770625380176101446)
**Infringing Link:** https://hdfull.org/pelicula/furious-7







